In re PORTER et al.
No. 8741.

Circuit Court of Appeals, Ninth Circuit.
Jan. 18, 1938.

Samuel B. Weinstein, of Portland, Or., for petitioner.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

The decision of the District Court in this case determined the title to real estate as between the debtors and a third party and dismissed the proceeding under section 203, title 11 U.S.C.A., in so far as concerns such real estate. The decision determined a controversy between these parties and this court has no power to entertain a petition or allow an appeal.

Petition for allowance of appeal denied.